IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**GARY L. CONLEY**                                                                                          **PETITIONER**
ADC #163989

v.                            Case No: 4:24-cv-00044-LPR

**JAMES GIBSON,**
*Arkansas Department of Correction*                                                         **RESPONDENT**

## ORDER

The Court has reviewed the Recommended Disposition (RD) submitted by United States Magistrate Judge Joe J. Volpe (Doc. 10). No objections have been filed, and the time for doing so has expired. After a *de novo* review of the RD and careful consideration of the entire case record, the Court hereby approves and adopts the RD in its entirety as this Court's findings and conclusions in all respects.

Accordingly, the Petition for Writ of Habeas Corpus (Doc. 1) is DISMISSED with prejudice and the requested relief is DENIED. A certificate of appealability will not issue.

IT IS SO ORDERED this 8th day of July 2024.

LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE