**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**GARY L. CONLEY**                                                                                    **PETITIONER**
**ADC #163989**

v.                              Case No: 4:24-cv-00044-LPR

**JAMES GIBSON,**
*Arkansas Department of Correction*                                                    **RESPONDENT**

## JUDGMENT

Consistent with the Order entered today, it is CONSIDERED, ORDERED, and ADJUDGED that the Petition for Writ of Habeas Corpus is DISMISSED with prejudice. All requested relief is DENIED. A certificate of appealability will not issue.

IT IS SO ADJUDGED this 8th day of July 2024.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE